WILLARD G. BURTON, trustee of Rovers Petroleum Inc., *v.* NATURAL GAS & PETROLEUM CORPORATION.

*(January* 31, 1927.)

RICE and RODNEY, J. J., sitting.

*Daniel O. Hastings, Clarence A. Southerland,* and *Ogden K. Shannon* (of the Tarrant County, Texas, Bar) for plaintiff.

*George N. Davis, Robert S. Sloan* (of the New York Bar), and *Jeff Davis* (of the Arkansas Bar) for defendant.

Superior Court for New Castle County, January Term, 1927.
No. 27, September Term, 1925.

RODNEY, J.: ■ ■ We sustain the objection to the prior statement of the witness. We are of the opinion that in this state the same foundation for the introduction of prior statements showing hostility, or ill feeling, on the part of a witness must be laid as are uniformly laid as a basis for the introduction of prior contradictory statements. *State v. Deputy,* 3 *Penn.* 19, 50 *A.* 176; *Jones' Blue Book on Ev.* (1914), *vol.* 5, § 850; 2 *Wigmore on Ev.,* §§ 953, 964, 1025; *Fagan v. Lentz,* 156 *Cal.* 681, 105 *P.* 951, 20 *Ann. Cas.* 221, and note, and cases there cited. See note to *State v. Smith,* 16 *A. L. R.* 984.

NOTE—See *State v. Grant,* 3 *W. W. Harr.* (33 *Del.*) 195, 133 *A.* 790; *State v. Casper,* 3 *W. W. Harr.* (33 *Del.*) 432, 138 *A.* 633; *Bove v. State,* 3 *W. W. Harr.* (33 *Del.*) 229, 134 *A.* 630.